IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TRI-STATE THERMO KING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-02760-SHL-atc |
| ) | |
| DEPOSITORS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER APPOINTING UMPIRE**

On July 31, 2025, Plaintiff Tri-State Thermo King, Inc., petitioned this Court to appoint a neutral umpire to facilitate the appraisal of property damage sustained in a February 16, 2021 weather event. (ECF No. 1.) In subsequent briefings, Tri-State put forward Jeff Whittington as its umpire candidate, and Defendant Depositors Insurance Company recommended Judge Robert "Butch" Childers. (ECF Nos. 13 at PageID 198; 15 at PageID 205.)

Given his prior familiarity with one of the pieces of property at issue and experience in a similar position, Judge Robert "Butch" Childers is **APPOINTED** as appraisal umpire. The Court will retain jurisdiction to enforce an appraisal award, if necessary. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381–82 (1994) (noting that, with the assent of the parties, federal courts retain jurisdiction over settlements).

**IT IS SO ORDERED,** this 14th day of January, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE