# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TRI-STATE THERMO KING, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02760-SHL-atc |
| DEPOSITORS INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Petition to Appoint Neutral Umpire (ECF No. 1), filed July 31, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Appointing Umpire (ECF No. 19), filed January 14, 2026, Judge Robert "Butch" Childers shall serve as Appraisal Umpire.  The Court shall retain jurisdiction to enforce the appraisal award, if necessary, pursuant to <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 14, 2026
Date